UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

THE VILLAGE APOTHECARY, INC.,

      Debtor.
_____/

Case No. 15-56003

Chapter 7

Judge Thomas J. Tucker

## ORDER AFTER REMAND, GRANTING, IN A REDUCED AMOUNT, THE FINAL FEE APPLICATION OF SILVERMAN & MORRIS PLLC, THE CHAPTER 7 TRUSTEE'S SPECIAL COUNSEL

      This case is before the Court on a remand from the United States District Court. The remand concerns the attorney fees to be awarded to the firm of Silverman & Morris PLLC ("Silverman & Morris"), for their work as special counsel for the Chapter 7 Trustee. Before the Court is the fee application of Silverman & Morris PLLC, the Chapter 7 Trustee's special counsel (Docket # 42, the "Application").

      Today, the Court has filed a written opinion regarding the Application (Docket # 75). For the reasons stated in that written opinion,

      IT IS ORDERED that Silverman & Morris PLLC's Application (Docket # 42) is granted to the extent of the relief provided in this Order, and otherwise is denied.

      IT IS FURTHER ORDERED that the Court allows and approves fees for Silverman & Morris PLLC, for its services as special counsel for the Trustee in this case in the reduced amount of $17,079.77, and the Court allows and approves reimbursement to Silverman & Morris PLLC the sum of $174.74 for expenses, for a total final award of $17,254.51.

**Signed on December 3, 2019**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker
United States Bankruptcy Judge**